**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

|  |  |
|---|---|
| **HUONG THI LE (A# 216-265-123),** )<br>                    Petitioner, )<br>        v.                                      )<br>                                               )<br> TODD BLANCHE in his capacity as Acting )<br> Attorney General *et al.,*                )<br>                                               )<br>                    Respondents.        )<br> _____ ) | **ORDER**<br><br>ED CV 26-01945-VBF-DSR<br><br>Overruling Objections & Adopting<br>the Report and Recommendation |

The United States Magistrate Judge issued a Report and Recommendation ("R&R"), *see* CM/ECF Document ("Doc") 11, Monday, May 18, 2022, whereupon the government respondents timely filed objections (Doc 14) on Thursday May 21, 2026, and petitioner filed a response (Doc 15) that same day.

The Court has reviewed *de novo* those portions of the R&R to which the respondents have specifically objected and determines that they fail to identify any error of law, fact, or logic in the Magistrate Judge's well-reasoned report.  Accordingly:

**Respondents' objections are OVERRULED.**

**The R&R [Doc #11] is ADOPTED.**

**The petition for a writ of habeas corpus is GRANTED as follows:**

–    Respondents SHALL immediately release Petitioner from detention, reinstate her release under the same conditions that were in place before her March 2026 detention and return any personal property and documents seized at the time of her detention.

–    Respondents SHALL provide Petitioner with this Order at the time of release.

–    No later than Friday, May 29, 2026, Respondents SHALL FILE a status report confirming Petitioner's release and return of her personal property and documents.

–    Respondents are enjoined from re-detaining Petitioner without first providing her with notice and a pre-detention hearing before a neutral decisionmaker at which Respondents bear the burden of demonstrating a material change in circumstances justifying revocation of Petitioner's ROR and re-detention of Petitioner.

IT IS SO ORDERED.

Dated:  May 25, 2026

_____
Honorable Valerie Baker Fairbank
Senior United States District Judge