JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **HUONG THI LE (A# 216-265-123),** | ) |
| Petitioner, | ) **JUDGMENT** |
| v. | ) ED CV 26-01945-VBF-DSR |
| TODD BLANCHE in his capacity as Acting Attorney General *et al.,* | ) |
| Respondents. | ) |

Consistent with the Report and Recommendation of the United States Magistrate Judge, **IT IS ADJUDGED THAT the petition for a writ of habeas corpus is GRANTED and Respondents SHALL immediately release Petitioner from detention**, reinstate her release under the same conditions that were in place before her March 2026 detention and return any personal property and documents seized at the time of her detention; provide Petitioner with this Order at the time of release; and file a status report no later than May 29, 2026, confirming Petitioner's release and return of her personal property.

**IT IS FURTHER ADJUDGED that** the respondents are enjoined from re-detaining Petitioner without first providing her with notice and a pre-detention hearing before a neutral decisionmaker at which Respondents bear the burden of demonstrating a material change in

circumstances justifying revocation of Petitioner's ROR and re-detention of Petitioner.

IT IS SO ADJUDGED.

Dated:  May 25, 2026

_____

Honorable Valerie Baker Fairbank
Senior United States District Judge